DANIEL G. BOGDEN
United States Attorney
ROBERT BORK
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702)388-6336 / Fax: (702)388-6698

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-623-ECR-GWF |
| PLAINTIFF, | |
| VS. | MOTION TO DISMISS INDICTMENT |
| ALFREDO GOMEZ-HERNANDEZ, | |
| DEFENDANT. | |

COMES NOW the United States of America by and through Daniel G. Bogden, United States Attorney; Robert Bork, Assistant United States Attorney; Alfredo Gomez-Hernandez (Defendant); and Paul Riddle, AFPD, counsel for Defendant Alfredo Gomez-Hernandez, and file this Motion to Dismiss the Indictment against Defendant Alfredo Gomez-Hernandez, pursuant to Fed. R. Crim. P. 48(a).

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of the Federal Rules of Criminal Procedure, and grant this Motion to Dismiss the Indictment without prejudice, as to Defendant Alfredo Gomez-Hernandez.

DATED this 7th day of June, 2011.

DANIEL G. BOGDEN
United States Attorney

/s/ Robert Bork

ROBERT BORK
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>VS.<br><br>ALFREDO GOMEZ-HERNANDEZ,<br><br>DEFENDANT. | 2:10-cr-623-ECR-GWF<br><br>ORDER FOR DISMISSAL |

Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Indictment filed on December 29, 2010, as to Defendant Alfredo Gomez-Hernandez.

DANIEL G. BOGDEN
United States Attorney

/s/ Robert Bork

ROBERT BORK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

DATED this __9__ day of June, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, ROBERT BORK, do hereby certify that on June 7, 2011, a copy of the attached **MOTION TO DISMISS INDICTMENT** was sent by electronic mail to the person hereinafter named, at the place and address stated below, which is the last known address:.

Addressee:   Paul Riddle, AFPD
Counsel for defendant GOMEZ-HERNANDEZ

/S/ Robert Bork
_____
ROBERT BORK